UNITED STATES of America,
Plaintiff–Appellee

v.

Ruben Alberto LOPEZ–TREVINO,
Defendant–Appellant.

No. 14–10521
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 26, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, Nicole Dana, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Laura S. Harper, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Ruben Alberto Lopez–Trevino appeals the sentence imposed following his guilty plea conviction for illegal reentry following a previous deportation. He argues that the district court erred in not reducing his sentence for the two months he served in immigration custody following his arrest.

Lopez–Trevino has completed his term of imprisonment, has been released from custody, and has been removed to Mexico.

The appeal of his sentence is therefore moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir. 2007). Accordingly, the Government's unopposed motion to dismiss the appeal as moot is **GRANTED**.

**MOTION GRANTED; APPEAL DISMISSED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.